# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOHN ALLEN CROWE,
    Plaintiff,

v.                                                                                                               No. 1:21-cv-00503-KWR-KRS

AMY GEE, ERIC NEWTON,
UNITED STATES PROBATION OFFICE
DISTRICT OF NEW MEXICO,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order of Dismissal (**Doc. 9**) filed **December 1, 2022**, the Court issues its separate judgment finally disposing of the above captioned case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**